# United States Bankruptcy Court

## Northern     District of _____ Illinois _____

In re:  Allison Moon-Howard                          Case No. _____ 08 B 00579 _____
        Debtor(s)

### ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders
that the application be:

[ ] GRANTED.

>   This order is subject to being vacated at a later time if developments in the administration of the
>   bankruptcy case demonstrate that the waiver was unwarranted.

[✓] DENIED.

>   The debtor shall pay the chapter 7 filing fee according to the following terms:
>
>   $ 74.75 _____ on or before 1/29/08 _____
>
>   $ 74.75 _____ on or before 2/29/08 _____
>
>   $ 74.75 _____ on or before 3/31/08 _____
>
>   $ 74.75 _____ on or before 4/29/08 _____
>
>   Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any
>   additional property to an attorney or any other person for services in connection with this case.
>
>   IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE
>   INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[ ] SCHEDULED FOR HEARING.

>   A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held
>   on _____ at _____ AM/PM _____
>                                    (address of courthouse)
>
>   IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY
>   DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER
>   DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

BY THE COURT:

DATE: January 11, 2008

United States Bankruptcy Judge